No. 1104. SWINDLEHURST *v.* AMERICAN FIDELITY FIRE INSURANCE CO. ET AL. Sup. Ct. Mich. Certiorari denied. *H. Donald Bruce* for petitioner. *Fred Roland Allaben* for American Fidelity Fire Insurance Co., and *Stephen T. Roumell* for Sales, respondents.

No. 1180. ANDERSON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *George D. Massar* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Robert N. Anderson* for respondent.

No. 1190. NUCCIO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1196. DATLOF *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert M. Taylor* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Pugh* and *Robert H. Solomon* for the United States.

No. 1204. SHERMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Seymour Kanter* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1200. MCFARLAND *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Maurice Edelbaum* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.